## Commonwealth *v.* Devinney, Appellant.

Argued December 8, 1970. *Daniel L. Quinlan,* with him *Quinlan and Vangrossi,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Fenton, Appellant.

Submitted December 7, 1970. *Denis W. Lanctot,* Assistant Public Defender, and *Rodney D. Henry,* Public Defender, for appellant; *Michael J. Kane,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.